Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Cordarius Leon Gillis )  Case No. _____
_____ )  (to be filled in by the Clerk's Office)
Plaintiff(s) )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
) United States Courts
) Southern District of Texas
) FILED
Harris County Sheriffs Office, JPC clinic, Etc. All )
_____ ) JUL 26 2021
Defendant(s) )
*(Write the full name of each defendant who is being sued. If the* ) Nathan Ochsner, Clerk of Court
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Cordarius Leon Gillis
   All other names by which you have been known: — N/A —
   ID Number: SPN # 03079493
   Current Institution: Harris County Sheriff's Office 1200 Baker Str.
   Address: 1200 Baker Str.
   City: Houston   State: Texas   Zip Code: 77002

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Harris County Sheriffs office JPC Clinic
   Job or Title (if known): Clinic/Medical
   Shield Number: — N/A —
   Employer: Harris County Sheriffs Office
   Address: 700 North San Jacinto
   City: Houston   State: Texas   Zip Code: 77002
   [ ] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: Harris County Sheriffs office 1200 Baker Str. Clinic
   Job or Title (if known): Clinic/Medical
   Shield Number: — N/A —
   Employer: Harris County Sheriffs Office
   Address: 1200 Baker Street
   City: Houston   State: Texas   Zip Code: 77002-1206
   [ ] Individual capacity   [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name: Madu
Job or Title (if known): Nurse Health Care Provider
Shield Number: - NA -
Employer: Harris County Sheriff's Office
Address: 700 North San Jacinto
Houston, TX 77002
City / State / Zip Code
☑ Individual capacity ☐ Official capacity

**Defendant No. 4**
Name: ACaroKai
Job or Title (if known): Nurse Health Care Provider
Shield Number: - NA -
Employer: Harris County Sheriff's Office
Address: 1200 Baker Street
Houston, TX 77002
City / State / Zip Code
☑ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Article III, Article IV, Amendment 1, 15, Governing Code, descrimination, Poisoned, Lying

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_____ — NA _____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Descrimination, lied to, falsified government documentations, mis diagnosis, tampering with files, Popson

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [·] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [✓] Other *(explain)* State halfway house client, recently arrested, don't know status

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____ NA _____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

6-5-21, 6-7-21, 6-11-21, 6-17-21, 6-23-21, 7-2-21, 7-12-21, 7-9-21, 7-6-21
JPC Clinic, triage, 1200 Baker Clinic

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

11:00pm  8:30pm                    10:00am
                                    7-5-21  7:04PM  6:45PM  9:00am  6:30pm
                                                            11:01pm
6-5-21  6-7-21  6-11-21  6-17-21  6-23-21, 7-2-21, 7-6-21, 7-8-21, 7-9-21, 7-11-21

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

V. Injuries

I was lied to, placed on medications, threatened to take such, moved from jail due to document missing, poisoned, changed meds without notice, not treated, hooked to EKG machines, Jackson, Acarokas, Madu, Nursing staff JPC Clinic, 1200 Baker

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Placed on aspirin (prevent heart attack), Cholesterol meds, fish oil meds, around 9 EKGs, suppose to see cardiologist, charged for chronic care, mental strain, lesser eating habit, stomach aches, vomiting.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to receive funds for future medical expenses, surgery, as well as medications

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Harris County Sheriff's Office

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Kiosk, Harris County Sheriff's Office JPC, & 1200

2. What did you claim in your grievance?

   Mistreatment of inmate, falsified documents, failure to do job as health care provider, discrimination, on duty/off duty conduct, misconduct

3. What was the result, if any?

   None, no one has spoke to me, response on kiosk states they are under investigation

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   Has exceeded over time allowed

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   — NA —

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I've informed All Nursing Staff who saw me.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   — NA — filed another grievance

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

— NA —

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ___NA___
   Defendant(s) ___NA___

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ___NA___

3. Docket or index number

   ___NA___

4. Name of Judge assigned to your case

   ___NA___

5. Approximate date of filing lawsuit

   ___NA___

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition.  ___NA___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ___NA___

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ___NA___ yes

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Cardarius Leon Gillis
   Defendant(s) Southeast Texas Transitional Center, Etc. All

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Houston, TX

3. Docket or index number
   NA

4. Name of Judge assigned to your case
   NA

5. Approximate date of filing lawsuit
   April 12, 21

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition  unknown-due to recent arrest

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   The case was dismissed, I was arrested during the 30 days it was opened and couldn't file indigent, or pay processing fee, all evidence disappeared.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-20-21

Signature of Plaintiff: Cordarius Gillis

Printed Name of Plaintiff: Cordarius Gillis

Prison Identification #: 03079493

Prison Address: 1200 Baker Street
Houston, TX 77002

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City, State, Zip Code
Telephone Number:
E-mail Address:

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Gonzalithis Rollis
SPN: 03019493    Cell: 3A04 6C1
Street: 1306 Baker St.
HOUSTON, TEXAS 77002



aramark

**INDIGENT**

United States Courts
Southern District of Texas
FILED

JUL 26 2021

Nathan Ochsner, Clerk of Court

United States Courthouse
515 Rusk Avenue
Houston, Tx 77002



ZIP 77002
02 4W
0000368784 JUL 23 2021
U.S. POSTAGE >> PITNEY BOWES
$ 000.91°